*E-Filed 1/26/12*

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
JUAN D. WALKER (CSBN 208008)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Fax: (415) 436-6927
    juan.walker@usdoj.gov

Attorneys for Federal Defendants

THOMAS D. ROTH (CSBN 208601)
Law Offices of Thomas D. Roth
One Market, Spear Tower, Suite 3600
San Francisco, California 94105
Telephone: (4 15) 293-7684
Facsimile: (415) 435-2086
Email: rothlaw1@comcast.net

Attorneys for Plaintiff
FRIENDS OF OCEANO DUNES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRIENDS OF OCEANO DUNES, INC. )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KEN SALAZAR, et al. )<br>)<br>    Defendants. )<br>_____ ) | Case No. C 11-5100 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
No. C 11-5100 RS

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff FRIENDS OF OCEANO DUNES, INC. ("Plaintiff") and Defendants KEN SALAZAR, in his official capacity as Secretary of the Interior; ROWAN GOULD, in his official capacity as Director, U.S. Fish and Wildlife Service, U.S. DEPARTMENT OF THE INTERIOR, and the UNITED STATES FISH AND WILDLIFE SERVICE (collectively "Defendant") hereby stipulate to dismiss with prejudice the above-captioned action, including all claims that were asserted therein. Each party to bear its own costs and attorney's fees.

Dated: January 26, 2012

Respectfully Submitted,
MELINDA HAAG
United States Attorney
/s/

JUAN D. WALKER[1]
Assistant United States Attorney
Attorneys for Federal Defendant

Dated: January 26, 2012

LAW OFFICES OF THOMAS D. ROTH
/s/

THOMAS D. ROTH
Attorneys for Plaintiff

## [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 1/26/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] I, Juan D. Walker, hereby attest, in accordance with the Northern District of California's General Order No. 45, Section X(B), the concurrence in the filing of this document has been obtained from the other signatory listed on this document.

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
No. C 11-5100 RS                    2